UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MARTINEZ,<br>          Petitioner<br>        v.<br>WARREN L. MONTGOMERY,<br>Warden,<br>          Respondent. | Case No. 5:16-cv-02612-JLS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: 02/21/2020

_____
JOSPEHINE L. STATON
UNITED STATES DISTRICT JUDGE